SALGADO-DIAZ *v.* UNITED STATES; and VELASQUEZ-MEZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-5455. MOORE *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 04-5457. LOPEZ-LABASTIDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-5458. MACIAS-CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-5459. MUNOZ-PERALTA, AKA ESTRADA GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-5460. BEMIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-5461. IRIZARRY SANABRIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-5464. HURLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04-5467. MCCUTTING *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04-5468. GIBSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04-5472. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-5473. FANNIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-5475. PIERCE *v.* WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.